## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
**subscribing to Policy 200-451-8464,**

1

2                              **Plaintiffs**

3                                  **v.**

4      **ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,**

5                            **Defendants**                    **Civil No. 96-1968(CCC)**

6      _____

        **ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,**

7                          **Counterclaimants,**

8                                  **v.**

9      **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
        **subscribing to Policy 200-451-8464,**

10

11                       **Counterdefendants**
        _____

12
                                **ORDER**
13

14          The letter dated February 16, 2000, is to be filed as a motion.  The Clerk is to

15     notify counsel Goldman with copy of this magistrate judge's order of October 25, 1999

16     (D.E. #106).  However, counsel is apprised that there is a note reflecting that the order

17     was notified to his office in October 1999.

18          IT IS SO ORDERED.

19
            San Juan, Puerto Rico, February 28, 2000.
20

21

22     s/c PBalvestert
                                              **J. ANTONIO CASTELLANOS**
23        J Baquero                           **UNITED STATES MAGISTRATE JUDGE**

24     S. Goldman w/copy of dkt # 106

25     3-7-00 and copy of civil

26     Tely Notice Log report 3-7-00

AO 72
(Rev 8/82)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

        Plaintiffs

        v.

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

        Defendants

                                        Civil No. 96-1968(CCC)

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

        Counterclaimants,

        v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

        Counterdefendants

## ORDER

Having considered plaintiffs' request for attorneys' fees (D.E. #98 and #102), as well as defendants' opposition (D.E. #100 and #105), and after having examined the record, plaintiffs' request is DENIED. This magistrate is not convinced that defendants acted in a vexatious manner. The fact that defendants did not have a strong case does not justify a finding of bad faith or temerity to warrant the imposition of attorneys' fees.

Costs are to be assessed by the Clerk.

IT IS SO ORDERED.

San Juan, Puerto Rico, October 25, 1999.

s/c: P. Calvesbert
J. Baguero
S. Goldman

OCT 2 1999

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

RECEIVED & FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
99 OCT 27 PM 4 03

RECD. OCT 2 1999 TO JUDGE

AO 72
(Rev 8/82)

..e: 10/29/99

# UNITED STATES DISTRICT COURT - DISTRICT OF PUERTO RICO
## CIVIL NOTICE LOG REPORT
### FINAL FULL REPORT FOR 10/27/99

Page: 002
FINAL QC

| CASE | INST# | PAGES | DATE DOCKETED | BY | RECIPIENT | DESTINATION | ** | SENT ON / STATUS |
|------|-------|-------|---------------|----|-----------|-------------|----|------------------|
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Max Perez-Preston, aty | PFF: hpnotice-528 | | 10/28 10:07 30s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Orlando Duran-Medero, aty | Fax: 759-9000 | | 10/28 02:29 103s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Patrick Navedo-Martinez, pty | Prt: 751-3286 | | 10/27 14:39 49s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Pedro Soto-Rios, aty | Fax: hpnotice-525 | | 10/28 02:44 217s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Roberto Lefranc-Romero, aty | Prt: 751-6480 | | 10/28 02:30 144s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Roberto Marquez-Sanchez, Law | Fax: 721-7866 | | 10/27 14:38 24s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Rosa Cruz-Niemiec, Civil Acti | Fax: 764-7666 | | 10/27 14:38 113s |
| 3:95-cv-01125 | 316 | | 10/27/99 10:26 | np | Russell Del-Toro, Del Toro & | Prt: hpnotice-525 | | 10/27 14:16 31s |
| 3:96-cv-01968 | 106 | 1 | 10/27/99 14:53 | re | Jose Baquero-Tirado, aty | PFF: hpnotice-528 | | 10/28 11:04 9s |
| 3:96-cv-01968 | 106 | | 10/27/99 14:53 | re | Paul Calvesbert-Borgos, aty | PFF: hpnotice-528 | | 10/28 11:04 25s |
| 3:96-cv-01968 | 106 | | 10/27/99 14:53 | re | Steven Goldman, Goldman & Hel | Prt: 729-0066 | | 10/27 16:42 26s |
| 3:96-cv-02339 | 63 | 1 | 10/27/99 10:13 | ov | Andres Guillemard-Noble, Nach | PFF: hpnotice-527 | | 10/28 01:38 109s |
| 3:96-cv-02339 | 63 | | 10/27/99 10:13 | ov | Francisco Ojeda-Diez, Departm | Prt: 723-9188 | | 10/28 10:01 19s |
| 3:96-cv-02426 | 18 | 1 | 10/27/99 10:16 | np | Agnes Cordero, U.S. Attorney' | Prt: hpnotice-525 | | 10/27 14:42 10s |
| 3:96-cv-02564 | 123 | 1 | 10/27/99 15:57 | re | Andres Guillemard-Noble, Nach | Prt: 725-1339 | | |
| 3:96-cv-02564 | 123 | | 10/27/99 15:57 | re | Eugene Hestres-Velez, Bird, B | Prt: hpnotice-526 | | |
| 3:96-cv-02564 | 123 | | 10/27/99 15:57 | re | Jorge Perez-Diaz, Pietrantoni | Prt: hpnotice-526 | | |
| 3:96-cv-02564 | 123 | | 10/27/99 15:57 | re | Nestor Mendez-Gomez, Pietrant | Prt: hpnotice-526 | | |
| 3:97-cr-00029 | 69 | 1 | 10/27/99 15:23 | ov | Desiree Laborde-Sanfiorenzo, | Not Sent | sealed document | |
| 3:97-cr-00029 | 69 | | 10/27/99 15:23 | ov | Ricardo Rodriguez-Padilla, at | Not Sent | sealed document | |
| 3:97-cr-00091 | 1020 | | 10/27/99 17:34 | su | Charles Fitzwilliam, aty | Prt: hpnotice-527 | | |
| 3:97-cr-00091 | 1020 | | 10/27/99 17:34 | su | David Roman-Munoz, U.S. Atto | Prt: 729-7233 | | |
| 3:97-cr-00091 | 1020 | | 10/27/99 17:34 | su | Frederick Hafetz, Goldman & H | Fax: 766-5326 | | |
| 3:96-cv-02564 | 123 | | 10/27/99 15:57 | re | Howard Srebnick, Black, Srebn | Fax: 212-997-7597 | | |
| 3:97-cr-00091 | 1020 | | 10/27/99 17:34 | su | Maria Dominguez-Victoriano, U | Fax: 305-358-2006 | | |
| 3:97-cr-00119 | 46 | 1 | 10/27/99 08:55 | ll | Anita Hill-Adames, Federal Pu | Prt: hpnotice-524 | | |
| 3:97-cr-00119 | 46 | | 10/27/99 08:55 | ll | Warren Vazquez, U.S. Attorney | Fax: 721-4899 | | 10/27 13:52 58s |
| 3:97-cr-00245 | 511 | 4 | 10/27/99 08:45 | mr | Desiree Laborde-Sanfiorenzo, | Fax: 766-5326 | | 10/28 01:27 215s |
| 3:97-cr-00245 | 511 | 4 | 10/27/99 08:45 | mr | Lydia Lizarribar-Buxo, aty | Fax: 758-4512 | | 10/28 03:44 344s |
| 3:97-cr-00263 | 15 | 1 | 10/27/99 10:46 | su | Jose Ruiz-Santiago, U.S. Atto | Fax: 766-5326 | | 10/28 01:47 77s |
| 3:97-cr-00263 | 15 | | 10/27/99 10:46 | su | Roberto Roldan-Burgos, aty | Prt: hpnotice-524 | | 10/27 14:12 16s |
| 3:97-cr-00278 | 103 | 1 | 10/27/99 10:49 | re | Jeanette Mercado-Rios, U.S. A | Fax: 766-5326 | | 10/28 07:12 73s |
| 3:97-cr-00278 | 103 | | 10/27/99 10:49 | re | Joseph Laws, Federal Public D | Fax: 281-4899 | | 10/28 07:13 98s |
| 3:97-cr-00278 | 104 | | 10/27/99 10:50 | re | Jeanette Mercado-Rios, U.S. A | Fax: 766-5326 | | 10/28 07:13 67s |
| 3:97-cr-00278 | 104 | | 10/27/99 10:50 | re | Joseph Laws, Federal Public D | Fax: 281-4899 | | 10/28 04:36 98s |
| 3:97-cr-00290 | 276 | 1 | 10/27/99 10:40 | re | Marlene Aponte-Cabrera, aty | PFF: hpnotice-528 | | 10/28 10:11 14s |

Fax: 630-8760