IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to policy No: 200-451-8464 <br><br> Plaintiffs <br><br> v. <br><br> ARTHUR W. JOHNSTON, and ANNE JOHNSTON <br><br> Defendants | * <br><br><br> * CIVIL NO: 96-1968 (CCC) <br><br> * <br><br> * <br><br><br> * |
| ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON <br><br> Counterclaimants <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to policy No: 200-451-8464 <br><br> Counterdefendants | * <br><br><br> * <br><br> * <br><br> * <br><br><br> * |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COMES NOW plaintiff, now appellant, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to policy No: 200-451-8464, and hereby appeals from the decision entered by this Honorable Court dated February 28, 2000, entered on docket on

March 2, 2000, that denied the motion for attorneys' fees filed by the plaintiff.

I CERTIFY that a copy of this notice was sent by regular mail on this same date to Paul K. Calvesbert, Esq., El Caribe Bldg., Suite 1402, 53 Palmeras St., San Juan, Puerto Rico 00901-2417 and to Steven Goldman, Esq., Goldman & Hellman, P.A., 666 Fifth Avenue, 37th Floor, New York, New York, 10103.

In San Juan, Puerto Rico, this 22 day of March, 2000

WOODS & WOODS
P.O. Box 193600
San Juan, PR 00919-3600
Tel: (787) 759-7600; Fax: (787) 758-7162

Fernando L. Gallardo
USDC PR # 114609

f40