## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



CERTAIN UNDERWRITES AT
LLOYDS'S LONDON, etc.

VS.
ARTHUR W. JOHNSTON,
and ANNE J. JOHNSTON

CIVIL 96-1968CCC

---

### DESCRIPTION OF MOTION

DATE FILED: 3-21-2000  DOCKET: 109

TITLE: Plaintiff's Motion for Release of Cash Bond

[x] Plaintiff(s)   [ ] _____
[ ] Defendant(s)

---

### O-R-D-E-R

_X_ GRANTED.          __ DENIED.

__ MOOT.             __ NOTED.

OTHER:

c/c T. Calvesbert
      J. Baquero
      S. Goldman

DEC - 6 2000

December 4, 2000
DATE

CARMEN CONSUELO CEREZO
United States District Judge