IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

    Plaintiffs

    v.

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

    Defendants

Civil No. 96-1968(CCC)

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

    Counterclaimants,

    v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

    Counterdefendants

# ORDER

Notice should be taken by the Clerk of the Court that this case is considered closed.

The Clerk is to send to Counsel Steven E. Goldman copy of docket entries numbers 106 and 107, disposing of the matters as to attorney's fees and thereafter to proceed to close once more this case.

No further action is required since there are no pending matters to be entertained by this magistrate.

IT IS SO ORDERED.

San Juan, Puerto Rico, February 6, 2001.

                                          J. ANTONIO CASTELLANOS
                                          UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

Plaintiffs

v.

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

Defendants

Civil No. 96-1968(CCC)

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

Counterclaimants,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

Counterdefendants

## ORDER

Having considered plaintiffs' request for attorneys' fees (D.E. #98 and #102), as well as defendants' opposition (D.E. #100 and #105), and after having examined the record, plaintiffs' request is DENIED. This magistrate is not convinced that defendants acted in a vexatious manner. The fact that defendants did not have a strong case does not justify a finding of bad faith or temerity to warrant the imposition of attorneys' fees.

Costs are to be assessed by the Clerk.

IT IS SO ORDERED.

San Juan, Puerto Rico, October 25, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

    Plaintiffs

v.

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

    Defendants

Civil No. 96-1968(CCC)

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

    Counterclaimants,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

    Counterdefendants

## ORDER

The letter dated February 16, 2000, is to be filed as a motion. The Clerk is to notify counsel Goldman with copy of this magistrate judge's order of October 25, 1999 (D.E. #106). However, counsel is apprised that there is a note reflecting that the order was notified to his office in October 1999.

IT IS SO ORDERED.

San Juan, Puerto Rico, February 28, 2000.

                                                    J. ANTONIO CASTELLANOS
                                                  UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)

..e: 10/29/99

UNITED STATES DISTRICT COURT - DISTRICT OF PUERTO RICO
CIVIL NOTICE LOG REPORT
FINAL FULL REPORT FOR 10/27/99

Page: 002
FINAL QC

| CASE | INST# | PAGES | DATE DOCKETED | BY | RECIPIENT | DESTINATION | ** | SENT ON / STATUS |
|---|---|---|---|---|---|---|---|---|
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Max Perez-Preston, aty | PPF: hpnotice-528 | : | 10/28 10:07 30s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Orlando Duran-Medero, aty | Fax: 759-9000 | : | 10/28 02:29 103s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Patrick Navedo-Martinez, pty | Fax: 751-3286 | : | 10/27 14:39 49s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Pedro Soto-Rios, aty | Prt: hpnotice-525 | : | 10/28 02:44 217s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Roberto Lefranc-Romero, aty | Fax: 751-6480 | : | 10/28 02:30 144s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Roberto Marquez-Sanchez, aty | Fax: 721-7866 | : | 10/28 14:38 29s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Rosa Cruz-Niemiec, Civil Acti | Prt: hpnotice-525 | : | 10/28 02:27 113s |
| 3:95-cv-01125 | 316 | 2 | 10/27/99 10:26 | np | Russell Del-Toro, Del Toro & | Fax: 764-7666 | : | 10/27 14:36 31s |
| 3:96-cv-01968 | 106 | 1 | 10/27/99 14:53 | re | Jose Baquero-Tirado, aty | Prt: hpnotice-525 | : | 10/28 11:04 9s |
| 3:96-cv-01968 | 106 | 1 | 10/27/99 14:53 | re | Paul Calvesbert-Borgos, aty | PPF: 729-0066 | : | 10/28 11:04 25s |
| 3:96-cv-01968 | 106 | 1 | 10/27/99 14:53 | re | Steven Goldman, Goldman & Hel | Prt: hpnotice-526 | : | 10/27 16:42 26s |
| 3:96-cv-02339 | 63 | 2 | 10/27/99 10:13 | ov | Andres Guillemard-Noble, Nach | PPF: 725-1339 | : | 10/28 01:38 109s |
| 3:96-cv-02339 | 63 | 2 | 10/27/99 10:13 | ov | Francisco Ojeda-Diez, Departm | Fax: 723-9188 | : | 10/28 10:01 19s |
| 3:96-cv-02426 | 18 | 1 | 10/27/99 10:16 | np | Agnes Cordero, U.S. Attorney' | Prt: hpnotice-525 | : | 10/27 14:42 10s |
| 3:96-cv-02564 | 123 | 1 | 10/27/99 15:57 | re | Andres Guillemard-Noble, Nach | Fax: 725-1339 | : | 10/28 08:22 100s |
| 3:96-cv-02564 | 123 | 1 | 10/27/99 15:57 | re | Eugene Hestres-Velez, Bird, B | Prt: hpnotice-526 | : | 10/28 16:32 18s |
| 3:96-cv-02564 | 123 | 1 | 10/27/99 15:57 | re | Jorge Perez-Diaz, Pietrantoni | Prt: hpnotice-526 | : | 10/28 16:32 19s |
| 3:96-cv-02564 | 123 | 1 | 10/27/99 15:57 | re | Nestor Mendez-Gomez, Pietrant | Prt: hpnotice-526 | : | 10/28 16:32 14s |
| 3:97-cv-00029 | 69 | 1 | 10/27/99 15:23 | ov | Desiree Laborde-Sanfiorenzo, | Not Sent | | sealed document |
| 3:97-cv-00029 | 69 | 1 | 10/27/99 15:23 | ov | Ricardo Rodriguez-Padilla, at | Not Sent | | sealed document |
| 3:97-cv-00091 | 1020 | 1 | 10/27/99 17:34 | su | Charles Fitzwilliam, aty | Prt: hpnotice-527 | : | 10/27 17:49 13s |
| 3:97-cv-00091 | 1020 | 1 | 10/27/99 17:34 | su | David Roman, aty | Fax: 723-7233 | : | 10/28 06:20 86s |
| 3:97-cv-00091 | 1020 | 1 | 10/27/99 17:34 | su | Edna Rosario-Munoz, U.S. Atto | Fax: 766-5326 | : | 10/28 06:43 77s |
| 3:97-cv-00091 | 1020 | 1 | 10/27/99 17:34 | su | Frederick Hafetz, Goldman & H | Fax: 212-997-7597 | : | 10/28 06:42 107s |
| 3:97-cv-00091 | 1020 | 1 | 10/27/99 17:34 | su | Howard Srebnick, Black, Srebn | Fax: 305-358-2006 | : | 10/28 06:21 85s |
| 3:97-cv-00091 | 1020 | 1 | 10/27/99 17:34 | su | Maria Dominguez-Victoriano, U | Fax: 766-5326 | : | 10/28 06:18 74s |
| 3:97-cv-00119 | 46 | 1 | 10/27/99 08:55 | 11 | Anita Hill-Adames, Federal Pu | Fax: 281-4899 | : | 10/28 01:28 106s |
| 3:97-cv-00119 | 46 | 1 | 10/27/99 08:55 | 11 | Warren Vazquez, U.S. Attorney | Prt: hpnotice-524 | : | 10/27 13:52 5s |
| 3:97-cr-00245 | 511 | 4 | 10/27/99 08:45 | mx | Desiree Laborde-Sanfiorenzo, | Fax: 766-5326 | : | 10/28 01:27 215s |
| 3:97-cr-00245 | 511 | 4 | 10/27/99 08:45 | mr | Lydia Lizarribar-Buxo, aty | Fax: 758-4512 | : | 10/28 01:28 344s |
| 3:97-cr-00263 | 15 | 1 | 10/27/99 10:46 | su | Jose Ruiz-Santiago, U.S. Atto | Fax: 766-5326 | : | 10/28 01:47 77s |
| 3:97-cr-00263 | 15 | 1 | 10/27/99 10:46 | su | Roberto Roldan-Burgos, aty | Prt: hpnotice-524 | : | 10/27 14:12 16s |
| 3:97-cr-00278 | 103 | 1 | 10/27/99 10:49 | re | Jeanette Mercado-Rios, U.S. A | Fax: 766-5326 | : | 10/28 07:12 73s |
| 3:97-cr-00278 | 103 | 1 | 10/27/99 10:49 | re | Joseph Laws, Federal Public D | Fax: 281-4899 | : | 10/28 07:09 98s |
| 3:97-cr-00278 | 104 | 1 | 10/27/99 10:50 | re | Jeanette Mercado-Rios, U.S. A | Fax: 766-5326 | : | 10/28 07:13 67s |
| 3:97-cr-00278 | 104 | 1 | 10/27/99 10:50 | re | Joseph Laws, Federal Public D | Fax: 281-4899 | : | 10/28 04:36 98s |
| 3:97-cr-00290 | 276 | 1 | 10/27/99 10:40 | re | Marlene Aponte-Cabrera, aty | PPF: hpnotice-528 | : | 10/28 10:11 14s |
| | | | | | | Fax: 630-8760 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

Plaintiffs

v.

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

Defendants

Civil No. 96-1968(CCC)

ARTHUR W. JOHNSTON and ANNIE J. JOHNSTON,

Counterclaimants,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
subscribing to Policy 200-451-8464,

Counterdefendants

## ORDER

Having considered plaintiffs' request for attorneys' fees (D.E. #98 and #102), as well as defendants' opposition (D.E. #100 and #105), and after having examined the record, plaintiffs' request is DENIED. This magistrate is not convinced that defendants acted in a vexatious manner. The fact that defendants did not have a strong case does not justify a finding of bad faith or temerity to warrant the imposition of attorneys' fees.

Costs are to be assessed by the Clerk.

IT IS SO ORDERED.

San Juan, Puerto Rico, October 25, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)